
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
KAREN WARD,

                Plaintiff,

       v.

ERNST & YOUNG U.S. LLP,

                Defendant.

-----------------------------------------------------------------X

Case No. 19-cv-06667 (JGK)(SDA)

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Karen Ward and Defendant Ernst & Young U.S. LLP, that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without any award of attorneys' fees and costs to either party.

Dated:  September 21, 2020

| **WIGDOR LLP** | **WILLIAMS & CONNOLLY LLP** |
|---|---|
| By: /s/ Michael J. Willemin<br>      Michael J. Willemin | By: /s/ Steven M. Farina<br>      Steven M. Farina<br>      Heidi K. Hubbard |
| 85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile:  (212) 257-6845<br>mwillemin@wigdorlaw.com<br><br>*Attorney for Plaintiff* | 650 Fifth Avenue, Suite 1500<br>New York, NY 10019<br>Telephone: (646) 949-2800<br>Facsimile:  (646) 949-2801<br>sfarina@wc.com<br>hhubbard@wc.com<br><br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>*Attorneys for Ernst & Young U.S. LLP* |

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.